# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-14-00190-CV

Rosalind Isaac, Appellant

v.

Midfirst Bank, Appellee

FROM THE COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY
NO. 14-0056-CC4, HONORABLE JOHN MCMASTER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Rosalind Isaac filed a pro se brief on October 14, 2014. On November 5, 2014, we ordered Isaac to file an amended brief complying with the formal and substantive rules of appellate procedure on or before December 4, 2014. *See* Tex. R. App. P. 38.1; *Bolling v. Farmers Branch Indep. Sch. Dist.*, 315 S.W.3d 893, 896 (Tex. App.—Dallas 2010, no pet.) ("To comply with rule 38.1(f) [of the Texas Rules of Appellate Procedure], an appellant must articulate the issue we will be asked to decide."). In our order , we cautioned Isaac that her failure to comply could result in the striking of her brief and the dismissal of this appeal. *See* Tex. R. App. P. 38.9. To date, Isaac has not complied with or otherwise responded to this Court's order. Accordingly, we strike Isaac's brief and dismiss the appeal. *See* Tex. R. App. P. 42.3(c); *Bolling*, 315 S.W.3d at 897 (dismissing pro se appeal for failure to comply with briefing requirements after opportunity to cure deficiencies).

_____

Scott K. Field, Justice

Before Justices Puryear, Pemberton, and Field

Dismissed

Filed:   December 18, 2014